UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————————X

Manish Shah,

      Appellant(s),

    -against-

Yann Geron,

      Appellee(s),

———————————————————————————X

26 Civ. 5277 (CM)(OTW)

ORDER

McMahon, J.:


The Court has set the following briefing schedule on this Bankruptcy appeal. Appellant's brief is due August 14, 2026; Appellees' opposition brief is due September 11, 2026; Appellant's reply brief is due September 25, 2026.


SO ORDERED:

United States Senior District Judge


Dated: July 1, 2026
New York, New York